JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG LAW OFFICE
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (470) 870-
Fax:  (702) 870-0500
Yosuphonglaw@gmail.com
*Attorney for Plaintiff, RH Kids, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RH KIDS, LLC, a California limited liability company,<br><br>              Plaintiff,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; BANK OF AMERICA, N.A., a national banking association; DOES I through X, inclusive,<br><br>              Defendants. | **Case No.: 2:22-cv-02135-JCM-VCF**<br><br>**FIRST STIPULATION AND ORDER TO EXTEND DEADLINES FOR RH KIDS, LLC TO FILE ITS RESPONSE TO BANK OF AMERICA, N.A.'S MOTIONS TO DISMISS COMPLAINT [ECF Nos. 20]]** |

The current deadline for Plaintiff, RH Kids, LLC (**"RHK"**), to file its response to Defendant, Bank of America N.A.'s  ("**Bana**"), motion to dismiss complaint [ECF Nos. 20] is March 7, 2023. RHK's counsel is experiencing technical networking/computer issues  and, therefore, is unable to finalize RHK's response. Thus, RHK respectfully requests a first extension. Counsel for Bana agreed to stipulate to extend the deadlines. The parties enter this stipulation in good faith and not out of a desire to harass or delay. The parties agree:

…

…

…

…

PAGE 1

145708761

That the deadlines for RHK to file its responses to Bana's motions to dismiss [ECF No. 20] shall be extended to March 21, 2023;

IT IS SO AGREED AND STIPULATED.

DATED this 7th day of March, 2023

| /s/ *Lilith Vala Zara* <br> Lilith Vala Xara, Esq. <br> Nevada Bar No. 13138 <br> AKERMAN LLP <br> 1635 Village Center Circle., Ste. 200 <br> Las Vegas, NV  89134 <br> Lilith.xara@akerman.com <br> *Attorneys for Bank of America, N.A.* | /s/ *Joseph Y Hong* <br> Joseph Y Hong, Esq. <br> Nevada Bar No. 005995 <br> HONG & HONG LAW OFFICE. <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, NV 89135 <br> yosuphonglaw@gmail.com <br> *Attorneys for RH Kids, LLC* |
|---|---|

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: March 17, 2023

PAGE 2

145708761