MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  scott.lachman@akerman.com
Email:  lilith.xara@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RH KIDS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; BANK OF AMERICA, N.A., a national banking association; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02135-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR BANK OF AMERICA, N.A.'s REPLY SUPPORTING ITS MOTION TO DISMISS, [ECF No. 20.]**<br><br>*(First Request)* |

Bank of America, N.A. (**BANA**) filed its motion to dismiss on February 21. 2023.  RH Kids, LLC (**RH Kids**) filed its response on March 21, 2023.  BANA's reply brief is currently due on **March 28, 2023**.

BANA respectfully requests a first extension on its reply supporting its motion to dismiss of two weeks—until **April 11, 2023**.  BANA has indicated there will be a delay in the review and approval of the reply brief once its drafting is complete. Thus counsel for BANA is requesting additional time to file the reply brief.  Counsel for RH Kids agreed to stipulate to extend the deadline.  The parties enter this stipulation in good faith and not out of a desire to harass or delay.

…

69413878;1

The parties agree: That the deadline for BANA to file its response in support of its motion to dismiss [ECF No. 20] shall be extended to **April 11, 2023**.

**IT IS SO AGREED AND STIPULATED**.

DATED this 22nd of March, 2023.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| /s/ Lilith V. Xara<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>LILITH V. XARA, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | /s/ Joseph Y. Hong<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br><br>*Attorney for RH Kids, LLC* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: March 24, 2023