AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RH Kids, LLC,

                              JUDGMENT IN A CIVIL CASE

      Plaintiff,

                              Civil Case Number  **2:22-cv-02135-JCM-VCF**

National Default Servicing Corporation, et al.,

      Defendants.

— **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

— **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered for Defendants National Default Servicing Corporation and Bank of America, N.A., and against Plaintiff RH Kids, LLC, with Prejudice.

This case is closed.

4/14/2023  
Date

                                            DEBRA K. KEMPI  
                                            Clerk



                                            /s/ K. Ferris  
                                            Deputy Clerk